UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Ruggiero,

                Plaintiff,                      20-cv-7693 (AEK)

    -against-                ORDER TO REMOVE
                                                DOCUMENT FROM ECF

County of Orange, et al.,

                Defendants.

---

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       Defendants Correctional Officer Joseph Cappelli, Correctional Officer Bryce Sotelo, Correctional Officer Daniel Cappelli, Sgt. Katherine Lyons, and Correctional Officer Jerry Warren, having electronically filed "Request for Admissions" (ECF No. 48 and all exhibits thereto) through the Court's Electronic Case Filing ("ECF") system, and the Court having found good cause to remove the electronic version of the document and the accompanying exhibits from the ECF system, the Court respectfully directs the Clerk of Court to remove the PDF version of the document and all associated exhibits from the ECF system. Because the document and the exhibits should never have been filed with the Court at all, *see* Fed. R. Civ. P. 5(d)(1)(A), it is not necessary for the Clerk of Court to retain a copy in paper form in the Court's sealed records vault.

       The Clerk of Court is respectfully requested to terminate the motion to seal docketed at ECF No. 49.

Dated: February 25, 2022
        White Plains, New York

                                                      **SO ORDERED.**

                                                      _____
                                                      ANDREW E. KRAUSE
                                                      United States Magistrate Judge
                                                      Southern District of New York