UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANCIS HENRY RUGGIERO,

            Plaintiff,                                  20 Civ. 7693 (AEK)

      -against-                                    **ORDER**

COUNTY OF ORANGE, *et al.,*

            Defendants.

------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      At a settlement conference with the Court earlier today, the parties reached an agreement to resolve this matter. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within sixty (60) days of this Order. Any application to reopen that is filed after sixty (60) days from the date of this Order may be denied solely on that basis.

Dated: November 16, 2023
       White Plains, New York

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge